```
                              United States Bankruptcy Court
                                   District of Colorado
In re:                                                              Case No. 19-18361-EEB
Lauren Margaret-McLenn Gaitan                                       Chapter 7
         Debtor                    CERTIFICATE OF NOTICE
District/off: 1082-1          User: admin                  Page 1 of 2                  Date Rcvd: Sep 27, 2019
                              Form ID: 769                 Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2019.
db             +Lauren Margaret-McLennan Gaitan,    11839 Ridge Pkwy,    Unit 1312,   Broomfield, CO 80021-6512
18577488       +Account Management Service,    6101 Ball Rd Ste 207,    Cypress, CA 90630-3965
18577492       +CMRE Financial Services, Inc,    3075 E. Imperial Highway Suite 200,   Brea, CA 92821-6753
18577495       +Centura Health,    PO Box 561538,   Denver, CO 80256-0001
18577496       +Collection Consultants,    6100 San Fernando Rd Ste 211,    Glendale, CA 91201-2280
18577500        Community Medical Assoc of Bch,    5450 Western Ave Ste B,    Boulder, CO 80301-2709
18577501       +Community Medical Association of Boulder Comm,    5450 Western Ave Ste B,
                 Boulder, CO 80301-2709
18577504       +Dr Rosenberg,    3400 Lomita Blvd #400,   Torrance, CA 90505-4927
18577505        GI Pathology,    PO Box 1000 Dept 461,   Memphis, TN 38148-0001
18577510        Lab Corp,    PO Box 2240,   Burlington, NC 27216-2240
18577511       +Laboratory Corporation of America,    PO Box 2240,   Burlington, NC 27216-2240
18577512       +Midland Credit Management,    350 Camino de la Reina,    Ste 100,   San Diego, CA 92108-3007
18577513       +Midland Funding,    320 E Big Beaver Rd Ste,   Troy, MI 48083-1271
18577514       +Progressive Management,    1521 W Cameron Ave,   First Floor,    West Covina, CA 91790-2738
18577515        Rocky Mtn Gastro Assoc,    c/o LabCorp,   PO Box 2240,    Burlington, NC 27216-2240
18577516       +Sce,    2131 Walnut Grove Ave,   Rosemead, CA 91770-3769
18577518        Sequenom Center for Molecular Medicine,    Dept LA 24114,    Pasadena, CA 91185-4114
18577519       +Trojan Professional Services,    4410 Cerritos Ave,    Los Alamitos, CA 90720-2549
18577520       +US Dept Of Education,    PO Box 7860,   Madison, WI 53707-7860
18577521      #+Universal Accounts,    690 E Green St,   Pasadena, CA 91101-2197
18577522        University of Colorado Medicine,    Dept 1059,   Denver, CO 80256-1059
18577524       +Westside Womens Care,    7950 Kipling St Ste 201,   Arvada, CO 80005-3926

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: matt@mccunelegal.com Sep 28 2019 01:44:30      Matt McCune,
                 1888 Sherman St., Ste. 200,   Denver, CO 80203
tr             +EDI: QHSENDER.COM Sep 28 2019 05:33:00      Harvey Sender,    600 17th St., Ste. 2800S,
                 Denver, CO 80202-5428
18577489       +EDI: AMEREXPR.COM Sep 28 2019 05:33:00      American Express,    PO Box 981535,
                 El Paso, TX 79998-1535
18577490       +EDI: AMEREXPR.COM Sep 28 2019 05:33:00      Amex,   PO Box 297871,
                 Fort Lauderdale, FL 33329-7871
18577491       +E-mail/Text: correspondence@revsolve.com Sep 28 2019 01:45:35
                 Arvada Emergency & Urgent Care,    c/o RevSolve Inc,   1395 N Hayden Rd,
                 Scottsdale, AZ 85257-3769
18577494        EDI: CAPITALONE.COM Sep 28 2019 05:33:00      Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238
18577493        EDI: CAPITALONE.COM Sep 28 2019 05:33:00      Capital One,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
18577497        EDI: CODEPREV.COM Sep 28 2019 05:33:00      Colorado Department of Revenue,
                 Denver, CO 80261-0008
18577498        EDI: CCS.COM Sep 28 2019 05:33:00      Comcast,   c/o CCS,   PO Box 55126,
                 Boston, MA 02205-5126
18577499        EDI: WFNNB.COM Sep 28 2019 05:33:00      Comenity Bank / Torrid,    PO Box 182125,
                 Columbus, OH 43218-2125
18577502       +EDI: CCS.COM Sep 28 2019 05:33:00      Credit Collection Services,    725 Canton St,
                 Norwood, MA 02062-2679
18577503        EDI: NAVIENTFKASMDOE.COM Sep 28 2019 05:33:00      Dpt Ed/Nav,   Po Box 9655,
                 Wilkes Barre, PA 18773-9655
18577506       +E-mail/Text: bknoticing@grantweber.com Sep 28 2019 01:45:05      Grant & Weber,
                 26610 W Agoura Rd Ste 209,   Calabasas, CA 91302-2975
18577507       +E-mail/Text: kathleen.cenci@providence.org Sep 28 2019 01:45:35
                 Health Service Asset Management,    2201 Lind Ave SW,   Renton, WA 98057-3323
18577508        EDI: IRS.COM Sep 28 2019 05:33:00      Internal Revenue Service,   1999 Broadway,
                 Denver, CO 80202
18577517       +E-mail/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG Sep 28 2019 01:45:22
                 Schools First Federal Credit Union,    PO Box 11547,   Santa Ana, CA 92711-1547
18577523       +E-mail/Text: lgilbert@westsiderecovery.com Sep 28 2019 01:44:59      Westside Recovery Svcs,
                 4444 W Riverside Dr Ste,   Burbank, CA 91505-4048
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18577509*        Internal Revenue Service,   Centralized Insolvency Operation,   PO Box 7346,
                 Philadelphia, PA 19101-7346
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 1082-1                  User: admin                Page 2 of 2                  Date Rcvd: Sep 27, 2019
                                      Form ID: 769               Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2019 at the address(es) listed below:
              Harvey    Sender     harveysender1@sendertrustee.com,
               hsender@ecf.axosfs.com;SPierce@sendertrustee.com
              Matt    McCune     on behalf of Debtor Lauren Margaret-McLennan Gaitan matt@mccunelegal.com,
               notices@nextchapterbk.com,berenice@mccunelegal.com,charles@mccunelegal.com
              US Trustee     USTPRegion19.DV.ECF@usdoj.gov
                                                                                               TOTAL: 3
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Lauren Margaret–McLennan Gaitan<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–2589 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of Colorado | Date case filed for chapter: | 7   9/27/19 |
| Case number: | 19–18361–EEB | | |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/17

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Lauren Margaret–McLennan Gaitan | |
| 2. | **All other names used in the last 8 years** | dba Lauren Gaitan, fka Lauren Margaret McLennan | |
| 3. | **Address** | 11839 Ridge Pkwy<br>Unit 1312<br>Broomfield, CO 80021 | |
| 4. | **Debtor's attorney**<br>Name and address | Matt McCune<br>1888 Sherman St., Ste. 200<br>Denver, CO 80203 | Contact phone 303–759–0728<br>Email matt@mccunelegal.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Harvey Sender<br>600 17th St.<br>Ste. 2800S<br>Denver, CO 80202 | Contact phone 303–454–0540<br>Email harveysender1@sendertrustee.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline COB#769**
b309a_7cna                                                                                                            page 1

The person designated as Bankruptcy Trustee on the front side of this form has been selected as Interim Trustee of the bankruptcy estate and the trustee's previously-filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U.S. Trustee in writing of any rejection within seven days after receipt of notice of selection.

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | US Bankruptcy Court US Custom House 721 19th St. Denver, CO 80202-2508 | Hours open Monday – Friday 8:00 AM – 4:30 PM Contact phone 720-904-7300 Date: 9/27/19 |
| **7.** | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 5, 2019** at **08:30 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Under Bankruptcy Rule 4002(b)(1)-(2), you shall bring the following to the meeting of creditors: 1) picture identification issued by a governmental unit, or other personal identifying information that establishes the debtor's identity AND evidence of a social security number OR a written statement that such docmumentation does not exist; 2) documents or copies of a) debtor's current income such as the most recent payment advice, pay stub, or earnings statement; and b) statements for each of the debtor's depository accounts (bank, credit union and investment) for the time period that includes the date of the filing of the petition OR a written statement that such documentation does not exist; and 3) documentation of monthly expenses claimed if required under 11 U.S.C. §707(b)(2)(A) or (B). | Location: **Byron G. Rogers Federal Building, 1961 Stout Street, Suite 16-200, Room A, Denver, CO 80294** |
| **8.** | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 1/6/20 |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| | | |
|---|---|---|
| The case trustee must receive these documents by the following deadlines. | **Deadline to provide documents:**<br><br>You shall provide to the case trustee a copy of the federal income tax return required under applicable law, or a transcript of such return, for the most recent tax year ending immediately before the commencement of the case and for which a federal income tax return is filed, and provide the same tax information to creditors that requested a copy at least fourteen days prior to the meeting of creditors. See Fed. R. Bankr. P. 4002(b). The debtor's failure to comply will result in dismissal of the case unless the debtor demonstrates that the failure to comply is due to circumstances beyond the control of the debtor. See L.B.R. 1017–2. | **Filing deadline:** 7 days *before* the the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**